ORIGINAL

1 | CHARFAUROS_A.gar1

2 | LEONARDO M. RAPADAS
United States Attorney
3 | MARIVIC P. DAVID
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
6 | FAX: (671) 472-7215

**FILED**
DISTRICT COURT OF GUAM
NOV 2 2 2006
MARY L.M. MORAN
CLERK OF COURT

7 | Attorney's for United States of America

8

9 | IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

10

11 | UNITED STATES OF AMERICA,       )   CRIMINAL CASE NO. 01-00108
                                    )
12 |               Plaintiff,       )
                                    )
13 |      vs.                       )   **APPLICATION FOR WRIT**
                                    )   **OF CONTINUING GARNISHMENT**
14 | ANNIE MARIE Q. CHARFAUROS,     )
                                    )
15 |               Defendant.       )
    _____ )

16

17 | APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

18 | The United States of America, plaintiff, makes application in accordance with 28

19 | U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of

20 | Continuing Garnishment upon the judgment entered against the Defendant-Judgment Debtor

21 | ANNIE MARIE Q. CHARFAUROS, social security number XXX-XX-5747, whose last known

22 | mailing address is:  P.O. Box XXXX, Agat, Guam 96928  (hereinafter "Debtor"),  in the above

23 | cited action for the sum of $3,025.00 which includes a $25.00 special assessment fee and

24 | restitution in the amount of $3,000.00.

25 | There is a balance of $957.64, as of November 20, 2006 ($325.00 principal + $220.14

26 | interest to 11/20/2006 + $412.50 penalty).

27 | //

28 | //

1     Demand for payment of the above-stated debt was made upon the debtor not less than 30

2 days and the Debtor has failed to satisfy the debt.

3     The Garnishee is believed to have possession of property (including nonexempt

4 disposable earnings) in which the Debtor has a substantial nonexempt interest.

5     The names and address of the Garnishee or his authorized agent is:

6     Wendy's Old Fashioned Hamburgers of Guam
Attn.: Payroll
7     1779 Renato Silvestre Building
Dededo, Guam 96929
8

9     The United States seeks the sum of 25% of the defendant's non-exempt net disposable

10 earnings to be withheld from the defendant's wages, salary or commissions to be applied toward

11 the judgment.

12     DATED this _21st_ day of ___November___, 2006.

13

14     LEONARDO M. RAPADAS
United States Attorney
15     Districts of Guam and the NMI

16

17     By: _____

18     MARIVIC P. DAVID
Assistant U.S. Attorney

19

20

21

22

23

24

25

26

27

28