CHARFAUROS_A.gar2

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 01-00108 |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER GRANTING COURT APPROVAL FOR THE DISTRICT COURT CLERK TO ISSUE A WRIT OF CONTINUING GARNISHMENT |
| ANNIE MARIE Q. CHARFAUROS, | ) |
| Defendant. | ) |
| WENDY'S OLD FASHIONED HAMBURGERS OF GUAM, | ) |
| Garnishee. | ) |

ORDER

IT IS SO ORDERED that the Clerk of the United States District Court, on the application of the United States of America, plaintiff, and in accordance with 28 U.S.C. § 3205 is hereby ordered to issue a Writ of Continuing Garnishment against Defendant Judgment Debtor ANNIE MARIE Q. CHARFAUROS in the above cited action.

DATED this 27th day of November, 2006.

Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam

FILED
DISTRICT COURT OF GUAM
NOV 27 2006
MARY L.M. MORAN
CLERK OF COURT

ORIGINAL