ORIGINAL

CHARFAUROS_A.gar7

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
DEC - 5 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ANNIE MARIE Q. CHARFAUROS, <br><br> Defendant, <br><br> WENDY'S OLD FASHIONED HAMBURGERS OF GUAM, <br><br> Garnishee. | CRIMINAL CASE NO. 01-00108 <br><br> **CERTIFICATION OF SERVICE** |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed copies of the following: **Application for Writ of Continuing Garnishment, Order Granting Court Approval for the District Court Clerk to Issue a Writ of Continuing Garnishment, Writ of Continuing Garnishment; Instructions to the Garnishee, Notice of Post-Judgment Clerk's Garnishment; Instructions to Defendant-Judgment Debtor** and **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** were sent to the defendant by certified and regular mail on _November 30, 2006_, at Defendant's last known addresses of P.O. Box XXXX, Agat, Guam 96928.

*Michelle Perez*
MICHELLE PEREZ