ORIGINAL

1  CHARFAUROS_A.gar7

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
DEC - 5 2006
MARY L.M. MORAN
CLERK OF COURT

8            IN THE UNITED STATES DISTRICT COURT
9                 FOR THE DISTRICT OF GUAM

10 UNITED STATES OF AMERICA,        )  CRIMINAL CASE NO. 01-00108
                                    )
11           Plaintiff,              )
                                    )
12      vs.                          )  **CERTIFICATION OF SERVICE**
                                    )  **OF DOCUMENTS ON GARNISHEE**
13 ANNIE MARIE Q. CHARFAUROS,       )
                                    )
14           Defendant,              )
                                    )
15 ─────────────────────────────────)
                                    )
16 WENDY'S OLD FASHIONED             )
     HAMBURGERS OF GUAM,            )
17                                  )
             Garnishee.             )
18 ─────────────────────────────────)

19      The United States of America, the judgment creditor herein, hereby certifies that filed

20 copies of the following: **Application for Writ of Continuing Garnishment, Order Granting**

21 **Court Approval for the District Court Clerk to Issue a Writ of Continuing Garnishment,**

22 **Writ of Continuing Garnishment; Instructions to the Garnishee** and **Notice to Defendant-**

23 **Judgment Debtor on How to Claim Exemptions** were sent to the garnishee by certified mail on

24 _November 30, 2006_.

25
                                          LEONARDO M. RAPADAS
26                                        United States Attorney
                                          Districts of Guam and the NMI
27
28 DATED: 12-5-06        By: _____
                                          MARIVIC P. DAVID
                                          Assistant U.S. Attorney