1    **CHARFAUROS_A.gar5**



**FILED**
DISTRICT COURT OF GUAM

JAN 1 9 2007

**MARY L.M. MORAN**
**CLERK OF COURT**

2

3

4

5

6

7        IN THE UNITED STATES DISTRICT COURT

8            FOR THE DISTRICT OF GUAM

9  UNITED STATES OF AMERICA,            )    CRIMINAL CASE NO. 01-00108
                                        )
10              Plaintiff,              )
                                        )
11        vs.                           )    **ANSWER OF THE GARNISHEE**
                                        )
12  ANNIE MARIE Q. CHARFAUROS,          )
                                        )
13              Defendant,              )
   ─────────────────────────────────── )
14                                      )
   WENDY'S OLD FASHIONED               )
15    HAMBURGERS OF GUAM,               )
                                        )
16              Garnishee.              )
                                        )
17 ──────────────────────────────────── )

18

19                ANSWER OF THE GARNISHEE

20   _Cathy J. Castro_____, BEING DULY SWORN DEPOSES AND SAYS:
     (Affiant-person preparing/signing)

21

22  IF GARNISHEE IS AN INDIVIDUAL:

23        That he/she is Garnishee herein doing business in the name of <u>Wendys Old Fashioned</u>

24  <u>Hamburgers of Guam LLC ( 1779 P. Silvestre Bldg. Rt 16 Ste 104 Dededo, Gu 96929</u>.

25        (State full name and address of business)

26  IF GARNISHEE IS A PARTNERSHIP:

27        That he/she is a member _____ of a partnership

28  composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

    That he/she is the (State Official Title) _____ of Garnishee,

_____ a corporation, organized under the laws of the

_____.

IF GARNISHEE IS A GOVERNMENT ENTITY:

    State name and address of agency, and name and official title of authorized

representative: _____

                        _____

                        _____

                        _____

    1.    On _____, 2006, Garnishee was served with the Writ

of Continuing Garnishment. For the pay period in effect on the date of service (shown above)

Yes    No

✓    ____    Defendant was in my/our employ.

            Pay period is weekly ___ , bi-weekly ✓, semi-monthly ___, monthly ___.

            The Defendant's present pay period began on _12·04·06_ .

            (Present means the pay period in which this order and notice of

            garnishment were served)

            The Defendant's present pay period ends on _12·17·06_

            Enter amount of net wages.  Calculate below:

                    (a) Gross Pay          $ _473.86_

                    (b) Federal income tax   _0_

                    (c) F.I.C.A. income tax   _36.25_

                    (d) State/Local income tax   _0_

                    Total of tax withholdings   $ _36.25_

                    Net Wages          $ _437.61_ (a less total of b,c,d)

//

//

- 2 -

Yes No

2. Are you aware of any other garnishments, suggestions or levies currently in effect. If the answers is yes, please attach to this Answer a copy of each garnishment, suggestion or levy.

3. Do you or will you in the foreseeable future, owe the defendant money? If your answer is yes, please provide the amount of money you will owe, the date or dates on which each payment is due, and the reason why you owe or will owe the money to the Defendant:

| Type of Payment (salary, commission, etc..) | Amount | Date Payment is Due |
|---|---|---|
| 1. N/A | | |
| 2. | | |
| 3. | | |

4. If you currently have in your custody, control or possession property (other than earnings) in the form of savings accounts, pensions, thrift plans, etc., in which the Defendant maintains an interest, for each item of property provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest |
|---|---|---|
| 1. N/A | | |
| 2. | | |
| 3. | | |
| 4. | | |

//
//
//
//
//

- 3 -

1    5.    For each item of property (other than earnings) which you expect to obtain

2    custody or possession of in the forseeable future, provide the following information:

3    Description of          Approximate        Description of          Date you will
     Property                Value              Debtor's Interest       obtain property
4    1.____N/A_____          _____        _____             _____

5    2._____           _____        _____             _____

6    3._____           _____        _____             _____

7    4._____           _____        _____             _____

8

9

10   Yes    No

11   ___    ✓    6.    Do you make any claim of exemption on the part of

12                     Defendant?  If yes, please explain the nature and

13                     basis of your claim:

     _N/A_____

14   _____

15   _____

16   _____

17   _____

18   Yes    No

19   ___    ✓    7.    Do you have any objections to the garnishment of

20                     the Defendant?  If yes, please explain the nature and

21                     basis of your objection:

     _N/A_____

22   _____

23   _____

24   _____

25   _____

26   //

27   //

28   //

- 4 -

8. Check the line below if you deny that you hold property subject to this order of garnishment:

✓ [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, ANNIE MARIE Q. CHARFAUROS, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

9. The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, ANNIE MARIE Q. CHARFAUROS, at P.O. Box XXXX., Agat, Guam 96928 and (2) the attorney for the United States, Marivic P. David, Assistant United States Attorney, U.S. Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910-5059.

WENDY'S OLD FASHIONED HAMBURGERS
OF GUAM
Garnishee

By: _Cathy J. Costro  Cathy Casto_
_1779 R. Silvestre Bldg. Rt 16 Ste 104_
_Dededo, Guam 96929_
_(671) 646-9057_
Name/address/Phone Number of person preparing Answer

The foregoing instrument was acknowledged before me this _17th_ day of _January_, ~~2006~~ 2007

_____
Notary Public

MARLENE C. ORPILLA
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: July 05, 2009
P.O. Box 569 Hagatna, Guam 96932

- 5 -