ORIGINAL

CHARFAUROS_A.garsvc

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
MAR 26 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANNIE MARIE Q. CHARFAUROS, ) <br> ) <br> Defendant, ) <br> _____ ) <br> ) <br> WENDY'S OLD FASHIONED ) <br> HAMBURGERS OF GUAM LLC, ) <br> ) <br> Garnishee. ) <br> _____ ) | CRIMINAL CASE NO. 01-00108 <br><br><br><br><br> **CERTIFICATE OF SERVICE** |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed copy of the **Motion for Entry of Final Order in Continuing Garnishment** and an electronically filed copy of the **Final Order in Continuing Garnishment** were sent to the defendant and garnishee by mail on March 26, 2007.

*(signature)*
MICHELLE PEREZ