ORIGINAL

CHARFAUROS_A.ter

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
APR 12 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ANNIE MARIE Q. CHARFAUROS,<br><br>　　　　　Defendant,<br><br>WENDY'S OLD FASHIONED<br>　HAMBURGERS OF GUAM,<br><br>　　　　　Garnishee. | CRIMINAL CASE NO. 01-00108<br><br>MOTION TO TERMINATE WRIT OF CONTINUING GARNISHMENT, TRANSFER PAYMENTS FROM THE RESTITUTION FUND TO THE PENALTY FUND (DEPOSIT FUND 109900) AND REFUND OVERPAYMENT |

　　　COMES NOW the United States of America, by and through its undersigned counsel, and respectfully motions this Court to terminate the Writ of Continuing Garnishment against Defendant ANNIE MARIE Q. CHARFAUROS, transfer from the Restitution Fund to the Penalty Fund (fund 109900) and refund the overpaid portion of the restitution imposed against the Defendant in the above entitled action and in support hereof, states as follows:

　　　1.　　On or about November 29, 2006, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. As set forth in the Writ of Continuing Garnishment, the amount of the debt due totals $957.64 as of November 20, 2006 ($325.00 principal + $220.14 interest to 11/20/2006 + $412.50 penalty).

2. On or about December 15, 2006, Defendant ANNIE MARIE Q. CHARFAUROS made a payment in the amount of $500.00 which resulted in a balance due of $458.14 ($45.64 interest + $412.50 penalty). See Attachment "A."

3. Garnishee made payments totaling $477.83, pursuant to the Writ of Continuing Garnishment, all of which were deposited in the Restitution Fund. See Attachment "B."

4. Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant ANNIE MARIE Q. CHARFAUROS.

5. Plaintiff further requests that the amount of $412.50 paid by Garnishee and deposited in the Restitution Fund be transferred to the penalty fund (Deposit Fund 109900) in full satisfaction of the penalties imposed against Defendant and the overpaid amount be refunded to Defendant by issuing a check in the amount of $19.69 to Annie Marie Q. Charfauros and mailing the check to her address as provided by our office. Any future payments made by defendant be refunded to her.

RESPECTFULLY SUBMITTED this 11th day of April, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney

```
              RECEIPT FOR PAYMENT
              DISTRICT COURT OF GUAM
                 HAGATNA, GUAM

Rcpt#: 30597              Date: 12/15/2006
                          Time: 2:34:48 PM

Received From:
    CHARFAUROS, ANNIE MARIE G.
    P.O. BOX 8066
    AGAT, GU 96928

===========================================

CR-01-00108
USA v. Charfauros
Party: Charfauros, Arlene Marie
     Account                    Amount
  -----------------        ----------------
   Restitution @1
   6855XX                         500.00
                          ================
TOTAL DUE.........:                500.00
                          ================
TENDERED..........:
    Cash..........:                500.00
                          ----------------
TOTAL RECEIVED....:                500.00
                          ----------------
CHANGE DUE........:                  0.00


Checks and drafts are accepted subject
to collection and full credit will only
be given when the check or draft has
been accepted by the financial
institution on which it was drawn.


Deputy
Clerk:  _[signature]_
        Marilyn B Alzon
```



```
         RECEIPT FOR PAYMENT
        DISTRICT COURT OF GUAM
            HAGATNA, GUAM

Rcpt#: 31265            Date: 4/5/2007
                        Time: 12:38:24 PM

Received From:
   Sanford Technology Group LLC
   335 S. Marine Drive
   Tamuning, GU 96913

=====================================

CR-01-00108
USA v. Charfauros
Party: CHARFAUROS, ANNIE MARIE Q.
     Account                 Amount
---------------------------------------
  Restitution @1
     6855XX                   97.35
                          ============
  TOTAL DUE........:          97.35
                          ============
  TENDERED.........:
     Check.........:          97.35
       #00348089  101-511/1214
                          ------------
  TOTAL RECEIVED...:          97.35
                          ------------
  CHANGE DUE.......:           0.00


Checks and drafts are accepted subject
to collection and full credit will only
be given when the check or draft has
been accepted by the financial
institution on which it was drawn.


Deputy
Clerk: _Marilyn B. Alcon_
       Marilyn B Alcon
```

```
         RECEIPT FOR PAYMENT
        DISTRICT COURT OF GUAM
            HAGATNA, GUAM

Rcpt#: 31220            Date: 4/2/2007
                        Time: 9:56:24 AM

Received From:
   Sanford Technology Group LLC
   335 S. Marine Drive
   Tamuning, GU 96913

=====================================

CR-01-00108
USA v. Charfauros
Party: CHARFAUROS, ANNIE MARIE Q.
     Account                 Amount
---------------------------------------
  Restitution @1
     6855XX                  380.48
                          ============
  TOTAL DUE........:         380.48
                          ============
  TENDERED.........:
     Check.........:         168.95
       #00426627  101-511/1214
     Check.........:         102.13
       #00348040  101-511/1214
     Check.........:         109.40
       #00348045  101-511/1214
                          ------------
  TOTAL RECEIVED...:         380.48
                          ------------
  CHANGE DUE.......:           0.00


Checks and drafts are accepted subject
to collection and full credit will only
be given when the check or draft has
been accepted by the financial
institution on which it was drawn.


Deputy
Clerk: _Marilyn B. Alcon_
       Marilyn B Alcon
```

B