**CHARFAUROS_A.terord**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANNIE MARIE Q. CHARFAUROS,<br><br>    Defendant,<br><br>WENDY'S OLD FASHIONED<br>  HAMBURGERS OF GUAM,<br><br>    Garnishee. | CRIMINAL CASE NO. 01-00108<br><br>**O R D E R**<br><br>Re: United States Motion to Terminate<br>Writ of Continuing Garnishment,<br>Transfer Payments from the Restitution<br>Fund to the Penalty Fund (Deposit Fund<br>109900) and Refund Overpayment |

Based upon the Plaintiff's Motion to Terminate Writ of Continuing, Transfer Payments from the Restitution Fund to the Penalty Fund (Deposit Fund 109900) and Refund Overpayment, the Court hereby finds that for the reasons stated in the Plaintiff's motion, the Writ of Continuing Garnishment is hereby terminated.

The Court hereby orders the amount of $412.50 shall be transferred from the Restitution Fund to the Penalty Fund (Deposit Fund 109900) and applied as payment in full of the penalty imposed in this case against defendant.

//

1       The Court further orders the overpaid portions of the restitution in the amount of $19.69
2 shall be refunded to Annie Marie Q. Charfauros by mailing a check to her last known address as
3 provided by the plaintiff. Any future payments made by Defendant shall be refunded to her.
4     **SO ORDERED.**



/s/ Frances M. Tydingco-Gatewood
    **Chief Judge**
**Dated: Apr 12, 2007**