ORIGINAL

**CHARFAUROS_A.svc**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

APR 16 2007

**MARY L.M. MORAN
CLERK OF COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 01-00108 |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| ANNIE MARIE Q. CHARFAUROS, | ) | |
| Defendant, | ) | |
| WENDY'S OLD FASHIONED HAMBURGERS OF GUAM, | ) | |
| Garnishee. | ) | |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed or electronically filed copies of the following: **Motion to Terminate Writ of Continuing Garnishment, Transfer Payments from the Restitution Fund to the Penalty Fund (Deposit Fund 109900) and Refund Overpayment, Order Re: United States Motion to Terminate Writ of Continuing Garnishment, Transfer Payments from the Restitution Fund to the**

//

//

//

**Penalty Fund (Deposit Fund 109900) and Refund Overpayment** and **Final Accounting Upon Termination of Garnishment** were sent to the Defendant ANNIE MARIE Q. CHARFAUROS and garnishee by mail on April 13, 2007.

MICHELLE PEREZ